

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(aded   NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(aded   NY, NJ)

June 17, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/18/2024
```

**VIA ECF**

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

    **Re:**    <u>Reid v. Zuvi Inc.</u>
            *Case No. 24-cv-1967 (JHR) (BCM)*

Dear Magistrate Judge Moses:

    We represent defendant Zuvi Inc. in the above-referenced matter, and we write with respect to the in-person initial pretrial conference that Your Honor has scheduled in this matter for June 25, 2024 at 10:00 a.m.  We have a final pretrial conference scheduled in person for Judge Rochon's courtroom, next door to Your Honor's, also for June 25 at 10:00 a.m. We therefore respectfully request that Your Honor reschedule the conference in the instant case for 11:00 a.m., so that I can handle both matters that morning.

    We have consulted with counsel for the plaintiff, and he consents to our request.

    We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

                                Respectfully submitted,

                                */s/ David M. Nieporent*
                                David M. Nieporent

cc:  Dan Shaked, Esq. (via ECF)

---

Application GRANTED to the extent that the initial case management conference scheduled for June 25, 2024, at 10:00 a.m., is adjourned to **June 25, 2024, at 12:00 noon**. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
June 18, 2024